United States District Court
Eastern District of New York

1:20-cv-04245-FB-LB

Santina LaRocca, individually and on behalf
of all others similarly situated,

Plaintiff,

- against -

Notice of Voluntary Dismissal

Frito-Lay, Inc.,

Defendant

Plaintiff gives notice this action is voluntarily dismissed with prejudice against the defendant Frito-Lay, Inc. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   January 11, 2021

Respectfully submitted,

Sheehan & Associates, P.C.

/s/Spencer Sheehan

Spencer Sheehan
60 Cuttermill Rd Ste 409
Great Neck NY 11021-3104
Tel: (516) 268-7080
Fax: (516) 234-7800
spencer@spencersheehan.com
E.D.N.Y. # SS-8533
S.D.N.Y. # SS-2056

1:20-cv-04245-FB-LB
United States District Court
Eastern District of New York

Santina LaRocca, individually and on behalf of all others similarly situated,

Plaintiff,

- against -

Frito-Lay, Inc.,

Defendant

## Notice of Voluntary Dismissal

```
Sheehan & Associates, P.C.
 60 Cuttermill Rd Ste 409
 Great Neck NY 11021-3104
    Tel: (516) 268-7080
    Fax: (516) 234-7800
```

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated: January 11, 2021

/s/ Spencer Sheehan
Spencer Sheehan

Certificate of Service

I certify that on January 11, 2021, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ |

_/s/ Spencer Sheehan_
Spencer Sheehan